UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. QUAMEEN WILLIAMS D/O/B 12/9/1980 SBI. No. 333611C Docket No.: 08-009**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. QUAMEEN WILLIAMS, (D/O/B 12/9/1980) is now confined at the UNION COUNTY JAIL, 15 ELIZABETHTOWN PLAZA, ELIZABETH, NEW JERSEY 07207.

2. Said individual will be required at Newark, New Jersey, before the Hon. Katharine S. Hayden United States District Judge, on Wednesday, November 19th, 2008, at 12:00 p.m., for an Initial Appearance. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 12th, 2008

ROBERT FRAZER
ASSISTANT U.S. ATTORNEY

### ORDER

Let the Writ Issue.

DATED: 11/13, 2008

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Union County Jail, 15 Elizabethtown Plaza, Elizabeth, New Jersey
WE COMMAND YOU that you have the body of

**Quameen Williams**

now confined at the Union County Jail, be brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the U.S. Post Office & Courthouse, Federal Square, Newark, New Jersey 07102, on November 19th, 2008, at 12:00 p.m., so that he may appear for an Initial Appearance in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 11/13/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk