UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-09 (KSH) |
| v. : | |
| : | **ORDER** |
| QUAMEEN WILLIAMS : | |

This matter having come before the Court by way of the application of Quameen Williams to amend the judgement of conviction to add jail credits for time served during Mr. Williams' pretrial detention, and it appearing that the sole way to clarify whether such an amendment is warranted is to review the transcript of the sentence, and good cause having been shown, it is hereby

ORDERED that the transcript of Mr. Williams' March 23, 2009 sentencing hearing be prepared by the court reporter, Ralph Florio, who shall be compensated pursuant to the Criminal Justice Act.

_____

KATHARINE S. HAYDEN, U.S.D.J.