PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Quameen Williams                                  Cr.: 08-0009-008
                                                                     PACTS #: 53417

Name of Sentencing Judicial Officer: The Honorable Katharine S. Hayden

Date of Original Sentence: March 23, 2009

Original Offense: Distribution and Possession of Cocaine Base

Original Sentence: 27 months imprisonment, three (3) years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/22/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender failed to report as directed on January 18, 2011, and did not report for drug testing on January 19, 2011 and January 20, 2011. |
| 2. | On January 19, 2011, the offender tested positive for marijuana usage. He initially denied usage, but on January 25, 2011, he admitted verbally and in writing that he smoked marijuana within days of the positive drug result. |
| 3. | The offender claims to be employed part-time for H&M Clothing in Woodbridge, New Jersey; however, as of the date of this writing, the offender has failed to produce the requested pay stubs. |
| 4. | The offender claims to reside at 546 Westminister Avenue in Elizabeth, New Jersey. Numerous home visits have produced negative results; however, he was seen there once when he knew that the undersigned was conducting the visit. His alleged bedroom was that of a small child. Several visits have been conducted to his girlfriend's home located at the Mravlag Manor, Apt 48D, Elizabeth, New Jersey, at which time the offender was present. It is believed that the offender resides at his girlfriend's residence, but he continually reports his address as Westminister Avenue. |

U.S. Probation Officer Action:

We intend to meet with the offender to further discuss these instances of noncompliance, and provide him with a written reprimand if the Court agrees. The offender's drug use will be monitored by his mandatory participation in our random urinalysis program (codaphone).

Respectfully submitted,

By: Edward J. Irwin
    U.S. Probation Officer
Date: 02/01/11

*The Courts endorsement of this Petition will serve as an official reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Feb 9 2011
Date