PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quameen Williams  **Docket Number:** 08-00009-008
 **PACTS Number:** 53417

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 03/23/2009

**Original Offense:** Distribution of Cocaine Base

**Original Sentence:** 27 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 10/21/10

**Assistant U.S. Attorney:** Robert L. Frazier, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Jean D. Barrett, Esq., Ruhnke & Barrett, 47 Park Street, Montclair, New Jersey 07042; (973) 744-1000

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report as directed on the following scheduled dates in 2011: January 18 and 19-failed to report to the office for urine testing; January 20-failed to report to the office for urine test; February 15-failed to report to the office for urine test; April 19-failed to report to the office for urine test; May 23-failed to report by telephone; and May 25-failed to report to office for urine test. |
| 2. | The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |
| | Williams has been directed to provide verification of employment for the past several months, as he claims to be a helper on a moving truck. As of this date, he |

PROB 12C - Page 2
Quameen Williams

has failed to provide employment verification as instructed. Additionally, since the inception of his supervised release term, the offender has stated that his address is 546 Westminister Avenue, Elizabeth, NJ. However, he does not reside at that address.

3. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

    The offender tested positive for marijuana on January 19, 2011, January 25, 2011, and February 23, 2011.

4. The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

    **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

    The offender failed to appear for scheduled drug testing through the Code-A-Phone Program on the following dates in 2011: February 10, February 17, March 29, April 25, May 2, May 16, May 23, and June 2.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 6/7/11

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 7/12/11 @ 11:30 a.m.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/15/11
Date