# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| -vs- : | CRIMINAL: 08-09 (KSH) |
| Quameen Williams : | ORDER |
| : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of July 2011,

O R D E R E D that *Candace Hom*, Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
KATHARINE S. HAYDEN, U.S.D.J.