UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 08-cr-0009 |
| vs. | : | Hon. Katharine S. Hayden |
| QUAMEEN WILLIAMS | : | |
| | : | ORDER |

This matter having been presented to the Court on the June 7, 2011 petition of the United States Probation Office for a hearing regarding the failure of defendant Quameen Williams to comply with certain conditions of supervised release imposed on March 23, 2009 (the "Petition"); and the defendant having waived a preliminary hearing and having entered a guilty plea on July 15, 2011, in the presence of Candace Hom, Assistant Federal Public Defender, attorney for defendant Quameen Williams and Mala Ahuja Harker, Assistant United States Attorney, to Violation 3 set forth in the Petition, relating to defendant's failure to comply with a condition requiring him to refrain from possessing or using any narcotic or other controlled substance; and for good cause shown;

IT IS on this 19 day of July, 2011,

ORDERED that the defendant is adjudged guilty of Violation No. 3 in the Petition;

IT IS FURTHER ORDERED that defendant must appear before the Court to be sentenced on October 11, 2011, at 3:00 pm; and

- 1 -

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter, including the conditions of supervised release, shall remain in full force and effect.

HONORABLE KATHARINE S. HAYDEN
United States District Judge