# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quameen Williams          **Docket Number:** 08-00009-008
                                                    **PACTS Number:** 53417

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                         SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** March 23, 2009

**Original Offense:** Distribution of Cocaine Base

**Original Sentence:** 27 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 10/21/10

**Assistant U.S. Attorney:** Robert L. Frazier, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candice Hom, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.'**<br><br>The offender failed to report as directed on December 12, 2011; December 15, 2011; February 14, 2012; March 22, 2012; and April 11, 2012. |
| 2. | The offender has violated the standard supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**<br><br>On February 14, 2012, the offender was instructed to report for urinalysis testing. The offender stated that he could not report as he had to take care of old motor vehicle warrants in Newark and Woodbridge Municipal Courts. On February 15, 2012, the undersigned visited Woodbridge Municipal Court and the Clerk stated |

that the offender did not have a warrant nor did he visit their Court on February 14, 2012. The offender was not truthful with the Probation Officer.

3. The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Since the beginning of supervised release, the offender has not obtained full-time employment. On February 14, 2012, the offender was instructed to find gainful employment within 30 days. As of April 2012, the offender remains unemployed.

4. The offender has violated the standard supervision condition which states '**As directed by the U.S. Probation Office, you shall participate in and complete any educational, vocational, cognitive or any other enrichment program offered by the U.S. Probation Office or any outside agency or establishment while under supervision.**'

On January 13, 2012, the offender was referred to the Moral Reconation Therapy Class held weekly at the U.S. Probation Office. The offender failed to report on January 19th; January 26th; January 31st; February 10th and February 16th. The only appearance made by the offender at MRT Training was on Februrary 2nd; however, he appeared an hour late. The offender was contacted weekly to remind him of this obligation, and he always responded that he was aware of his obligation and that he would attend. On all of the above dates that he failed to report for training, the offender never contacted the Probation Officer to advise why he could not report.

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 4/12/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date