# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America  :  Criminal No. 08-09 (KSH)

    Plaintiff(s)

    vs.

Quameen Williams  :  **ORDER OF DETENTION**

    Defendant(s)  :

The United States Marshal Service is directed to take defendant Quameen Williams into custody. Supervised release previously set is hereby vacated.

SO ORDERED

_____
KATHARINE S. HAYDEN            U.S.D.J.

Date: 5/2/12