PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Quameen Williams                  **Docket Number:** 08-00009-008
                                                                                 **PACTS Number:** 53417

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** March 23, 2009

**Original Offense:** Distribution of Cocaine Base

**Original Sentence:** 27 months imprisonment, 3 years supervised release. On 10/11/11, violation of supervised release, continued on TSR; On 5/2/12, violation of supervised release, 3 months imprisonment, 3 months CCC, 2 years TSR.

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 09/20/12

**Assistant U.S. Attorney:** Robert Frazier, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the special supervision condition which states **'RESIDENTIAL REENTRY CENTER PLACEMENT (3 months WITHOUT weekend privileges)** <br><br> **You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.'** <br><br> While at Toler House Residential Re-entry Center, the offender received incident reports for being insolent with staff, interfering with count, and for arriving late for curfew. On September 20, 2012, the offender was deemed a program failure and was asked to leave the facility. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Edward J. Irwin
U.S. Probation Officer
Date: 10/5/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.   Date of Hearing: 10/15/12 @ Noon.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10 · 10 · 12
Date