UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :   Katharine S. Hayden
                                 :
          v.               :
                                 :   Criminal No. 08-09
QUAMEEN WILLIAMS        :

**ORDER**

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Quameen Williams (Chester Keller, Esq., AFPD, appearing) and a Petition for a violation of Supervised Release having been filed by the United States Probation Department,and a hearing having been held on October 15, 2012 at which the petition was dismissed on motion of the Government,

IT IS, therefore, on this 15<u>th</u> day of October, 2012

ORDERED that the defendant is hereby restored to supervised release;

IT IS FURTHER ORDERED, that all conditions imposed in the Court's prior order of May 2, 2012 shall remain in effect.

<u>/s/ Katharine S. Hayden</u>
KATHARINE S. HAYDEN
United States District Judge