**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| United States of America | Criminal # 08-09  (KSH) |
| v. | |
| Quameen Williams | **ORDER** |

The financial inability of Defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 10th day of October, 2012

ORDERED that Chester Keller, AFPD from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent the defendant in the cause until further order of the Court.

 /s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge